United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 14, 2025
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | § | |
|---|---|---|
| In re: MARY BETH AVERA, | § | CASE NO. 24-33525 |
| | § | |
| Debtor | § | CHAPTER 7 |
| MARY BETH AVERA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | ADV. PRO: 24-3268 |
| v. | § | |
| | § | |
| UNITED STATES DEPARTMENT OF EDUCATION, | § | |
| | § | |
| Defendant. | § | |

**ORDER**
**(ECF No. 11)**

Having considered the Stipulation and Joint Motion for Order Determining Dischargeability filed by Plaintiff and the United States, on behalf of the United States Department of Education, the Court is of the opinion that the Motion should be granted:

IT IS ORDERED that Plaintiff's student loan debts to the Department of Education are not excepted from discharge under 11 U.S.C § 523(a)(8) because payment of the loans would impose an undue hardship on the debtor and the debtor's dependents.

IT IS ORDERED that Plaintiff's student loan debts to the Department of Education are discharged under 11 U.S.C. § 1328.

IT IS ORDERED that the Department of Education is dismissed from this action.

2

IT IS ORDERED that the adversary case is closed.

Signed: July 14, 2025

Jeffrey P. Norman
United States Bankruptcy Judge

2